### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

VICTOR M. V.,

      Plaintiff,

v.                                    No. 1:26-cv-00400-KRS

FRANK BISIGNANO,
*Acting Commissioner of the Social Security Administration*,

      Defendant.

### ORDER GRANTING PLAINTIFF'S SECOND
### UNOPPOSED MOTION FOR EXTENSION OF TIME TO
### FILE MOTION TO REVERSE AND REMAND TO THE AGENCY

**THIS MATTER** comes before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency (the "Motion"), (Doc. 12), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to the Agency no later than **September 29, 2026**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **October 29, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

**IT IS FURTHER ORDERED that Plaintiff's First Unopposed** Motion for Extension of Time to File Motion to Reverse and Remand to the Agency, (Doc. 11), is **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 24th day of July, 2026.

                               _____

                               KEVIN R. SWEAZEA
                               UNITED STATES MAGISTRATE JUDGE