**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

VICTOR M. V.,

Plaintiff,

v. No. 1:26-cv-00400-KRS

FRANK BISIGNANO,
*Acting Commissioner of the Social Security Administration*,

Defendant.

**ORDER GRANTING PLAINTIFF'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO REVERSE AND REMAND TO THE AGENCY**

**THIS MATTER** comes before the Court upon Plaintiff's Third Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency (the "Motion"), (Doc. 14), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to the Agency no later than **October 6, 2026**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **November 5, 2026**. Plaintiff may file a reply, if any, **fourteen (14) days**, after Defendant files his response.

**IT IS SO ORDERED** this 2nd day of October, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE